```
USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 11/06/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
HARPERCOLLINS PUBLISHERS LLC,

              Plaintiff,

    - against -

OPEN ROAD INTEGRATED MEDIA, LLP,

             Defendant.
------------------------------------------X

**P E R M A N E N T**
**I N J U N C T I O N**

11 Civ. 9499 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    WHEREAS the Court has entered a Memorandum and Order dated March 14, 2014, granting summary judgment in favor of Plaintiff HarperCollins Publishers LLC ("HarperCollins") on its claim of copyright infringement with respect to the work <u>Julie of the Wolves</u> by Jean Craighead George (the "Work") against Defendant Open Road Integrated Media, LLP ("Open Road"); and

    WHEREAS the Court has entered a Memorandum and Order dated November 6, 2014, holding that HarperCollins is entitled to injunctive relief;

    IT IS HEREBY ORDERED:

    1. This injunction and Open Road's obligations hereunder shall apply only to conduct within the United States, its territories and possessions, and Canada.

    2. Open Road, together with its officers, agents, servants, employees, and attorneys and any other persons who are in active concert or participation with them, is hereby permanently

enjoined from the date of the entry of this Order, from directly or indirectly:

    a. Publishing, or contracting to publish, the Work and any other work as to which HarperCollins holds the exclusive right to publish "in book form" where, in addition, the operative contract or agreement conveys to HarperCollins the exclusive right to publish or to license publication of the work for "use thereof in storage and retrieval and information systems, and/or whether through computer, computer-stored, mechanical or other electronic means now known or hereafter invented"; and

    b. Holding itself out in any manner and by any means as an authorized publisher of the Work.

3. Open Road, together with its officers, agents, servants, employees, and attorneys and any other persons who are in active concert or participation with them, is hereby ordered, as expeditiously as possible, but in no event more than fourteen (14) days from the date of this Order, to:

    a. Discontinue the sale or offering for sale of the Work through any sales channel whatsoever;

    b. Remove the Work from its sales catalog(s), website, or any other source that lists works available for download or sale from Open Road, and to otherwise stop all

activities relating to selling or offering the Work for sale; and

    c. Notify all third parties with which it has contracted or otherwise arranged to offer the Work for sale to stop doing so promptly, including, but not limited to, by deleting or disabling access to any and all advertising or promotional materials for the Work.

4. This Court shall retain jurisdiction over the parties for purposes of enforcing the terms of this Permanent Injunction.

Dated:    New York, New York
            November 6, 2014

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

3

Copies of the foregoing Permanent Injunction have been mailed on this date to the following:

**Attorneys for Plaintiff**

R. Bruce Rich, Esq.
Mark J. Fiore, Esq.
Sabrina A. Perelman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153


**Attorneys for Defendants**

Michael J. Boni, Esq.
Joanne E. Zack, Esq.
John E. Sindoni, Esq.
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

Robert J. LaRocca, Esq.
Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107